

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:     01-14-00121-CR

Trial Court Cause
Number:     1268863

Style:     Paul Briones

    **v** The State of Texas

Date motion filed*:     June 9, 2016

Type of motion:     Motion for extension of time to file motion for rehearing

Party filing motion:     Appellant

Document to be filed:     Motion for Rehearing

Is appeal accelerated? ☐ Yes    ☒ No

If motion to extend time:

    Original due date:     June 3, 2016

    Number of previous extensions granted:     0

    Date Requested:     September 1, 2016

Ordered that motion is:

    ☒    Granted

        If document is to be filed, document due: <u>September 1, 2016</u>

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐   Denied

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐   Other: _____

Judge's signature: <u>/s/ Terry Jennings</u>
        ☐ Acting individually     ☐ Acting for the Court

Panel consists of _____

Date: <u>June 16, 2016</u>